UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION

**ALISHA WILKES,**
**individually and on behalf of all**
**others similarly situated**

      **Plaintiff,**

v.                                                                          Civil No. 3:12-cv-24

**QUICKEN LOANS, INC.,**

      **Defendant.**

### Notice of Voluntary Dismissal

Under Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses this action, without prejudice.

                                                                                                               Plaintiff,
                                                                                                               By Counsel.

*/s/ John W. Barrett*_____
John W. Barrett (WVSB #7289)
Jonathan Marshall (WVSB #10580)
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
(304) 342-1110 *facsimile*
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com

Matthew J. Erausquin (pending pro hac vice admission)
Leonard A. Bennett (pending pro hac vice admission
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA  22314
(703) 273-7770
(888) 892-3512 *facsimile*
matt@clalegal.com

533806

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION

**ALISHA WILKES,**
**individually and on behalf of all**
**others similarly situated**

        Plaintiff,

v.                                    Civil No. 3:12-cv-24

**QUICKEN LOANS, INC.,**

        Defendant.

## Certificate of Service

    I, John W. Barrett, counsel for Plaintiff, certify that this 30th day of April, 2012, I served the foregoing *Notice of Voluntary Dismissal* by filing it with the Clerk of Court using the CM/ECF system, which will send notification to Defendant's counsel of record:

    John C. Lynch
    TROUTMAN SAUNDERS LLP
    222 Central Park Ave., Suite 2000
    Virginia Beach, VA 23462
    john.lynch@troutmansanders.com

                                    */s/ John W. Barrett*
                                    John W. Barrett (WVSB #7289)
                                    Jonathan Marshall (WVSB #10580)

533806